## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MARIO GUSTAVO VEGA CUYO,

          Petitioner,

v.

     Case No. 26-cv-08195

LUIS SOTO, et al.,

          Respondents.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Mario Gustavo Vega Cuyo, through undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

On July 7, 2026, the Immigration Court granted Petitioner voluntary departure. Petitioner has elected to accept voluntary departure and seeks to depart the United States as soon as possible. Counsel has been advised that withdrawal of this habeas corpus action is necessary for U.S. Immigration and Customs Enforcement to complete the arrangements required to effectuate Petitioner's voluntary departure.

Although a bond hearing has been scheduled for Petitioner, Petitioner has knowingly elected not to continue litigating the present habeas action or to pursue release through the scheduled bond hearing. Instead, he has instructed counsel to withdraw this action so that DHS may promptly facilitate his departure from the United States pursuant to the Immigration Court's July 7, 2026 order.

Accordingly, Petitioner respectfully gives notice that this action is voluntarily dismissed without prejudice.

**So Ordered this 13th day of July 2026**

**Honorable Michael A. Shipp, U.S.D.J.**

Dated: July 11, 2026

By: /s/ Jonathan Cole Lipsitz

Jonathan Cole Lipsitz, *of Counsel* (BBO NO. 716820)
Kerben Law Firm, P.C.
80-02 Kew Gardens Road, Suite 307
Kew Gardens NY 11415
Tel: (718) 255-8585
Email: law@klf.nyc